IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
THERESA A. JAMISON

No.: 06-00221
JUDGE HOLLIS
Chapter 13

Debtor(s).

# RESPONSE TO NOTICE OF PAYMENT
# OF FINAL MORTGAGE CURE AMOUNT

NOW COMES GMAC MORTGAGE F/K/A HOMECOMINGS FINANCIAL NETWORK ("Movant"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT, states as follows:

1. On 01/31/2008, the above captioned Chapter 13 bankruptcy was filed.
2. MOVANT is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 3680 SCHOOL DRIVE, COUNTRY CLUB HILLS, IL, 60478.
3. The Trustee issued a Notice on 12/3/08 indicating that the arrearage claim is paid in full.
4. Movant states the while the post petition mortgage payments are current, there is an escrow shortage in the amount of $4,502.00 at this time due to post petition taxes and insurance payments.
5. Additionally, there is a suspense credit of $503.10 which could be applied to reduce the aforesaid escrow shortage.

Respectfully submitted:

GMAC MORTGAGE F/K/A
HOMECOMINGS FINANCIAL
NETWORK,

/s/  Barbara J. Dutton

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL  60423
815-806-8200